957 A.2d 1177

James E. NIXON, Sr., Petitioner

v.

PHILADELPHIA COUNTY COMMON PLEAS COURT, Respondent.

No. 99 EM 2008.

Supreme Court of Pennsylvania.

Sept. 25, 2008.

### ORDER

PER CURIAM.

AND NOW, this 25th day of September, 2008, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and Exercise the Court's King's Bench Power are DENIED.

---

957 A.2d 1177

COMMONWEALTH of Pennsylvania, Respondent

v.

Warren ARSAD, Petitioner.

No. 105 EM 2008.

Supreme Court of Pennsylvania.

Sept. 25, 2008.

### ORDER

PER CURIAM.

AND NOW, this 25th day of September, 2008, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED. The Application for Leave to Amend Writ of Habeas Corpus is DISMISSED AS MOOT.